JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC HOSTS, INC. d/b/a PB SURF BEACHSIDE INN, a Nevada corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02404-AB-JC<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:   April 8, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon the parties' Stipulation (Dkt. No. 41) and good cause appearing, the Court **DISMISSES** this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to please terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: May 09, 2023

_____
Hon. André Birotte Jr.
United States District Judge